FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CARLOS MUNOZ-LUIS,

                    Plaintiff,

     v.

WASHINGTON STATE PENITENTIARY, RODRIGO RAIMAIRZ-HERRERA, SUDP GREENOUGH, MR. DALTON, MS. WOMAK, MS. CHRISTINA MALONE and SUDP TAMMY VESSEY,

                    Defendants.

No.   4:26-cv-5001-EFS

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Before the Court is Plaintiff's Motion to Voluntarily Dismiss Complaint.[1] On June 22, 2026, the Court received via the Prison Electronic Filing program, Plaintiff's Notice of Change of Address to a

---

[1] ECF No. 19.

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 1

residence in Kennewick, Washington.[2] Absent verification that Plaintiff has been released from incarceration, however, the Court will continue to direct that copies of Orders be provided to Plaintiff within the Washington State Department of Corrections.

Plaintiff is proceeding *pro se* and *in forma pauperis.*[3] Defendants have not been served in this action.

Accordingly, **IT IS HEREBY ORDERED:**

1.    Plaintiff's Motion to Voluntarily Dismiss Complaint, **ECF No. 19**, is **GRANTED.**

2.    Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

3.    Plaintiff is still obligated to pay the full $350.00 filing fee for this action pursuant to 28 U.S.C. § 1915(b).

4.    The Court certifies that any appeal of this dismissal would not be taken in good faith.

5.    The Clerk of Court is directed to **CLOSE** the file.

//

---

[2] ECF No. 18.

[3] ECF No. 6.

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 2

IT IS SO ORDERED. The Clerk's Office is directed to file this order, **enter judgment without prejudice,** and provide copies to Plaintiff.

DATED this 24th day of June 2026.

_Edward F. Shea_

EDWARD F. SHEA
Senior United States District Judge

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 3